**Order entered November 13, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01342-CV

### KENNETH D. MURPHY, Appellant

### V.

### ALFONSO FELIPE MEJIA ARCOS, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-11187**

## ORDER

Appellee's November 6, 2019 "Motion for a Final Extension of Time to File Appellee's Brief" is **DENIED**. It is **ORDERED** that appellee's brief received November 6, 2019 is **STRICKEN**. Appellee will not be permitted to present oral argument at submission of this cause.

/s/     LANA MYERS
PRESIDING JUSTICE